| | |
|---|---|
| 1 | Frank S. Hedin (SBN 291289) |
| 2 | **HEDIN LLP** |
|   | 1395 Brickell Ave., Suite 610 |
| 3 | Miami, Florida 33131-3302 |
|   | Telephone: (305) 357-2107 |
| 4 | Facsimile: (305) 200-8801 |
| 5 | E-Mail: fhedin@hedinllp.com |

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Counsel for Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL QUEEN LLC,<br><br>Defendant. | Case No. 25-cv-2810<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Allison Blank, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Teresa Turner

2. Defendant National Notary Association

3. Frank S. Hedin (counsel for Plaintiff)

CERTIFICATE OF INTERESTED PARTIES

4. Adrian Gucovschi (counsel for Plaintiff)

5. Hedin LLP (counsel for Plaintiff)

6. Gucovschi Law Firm (counsel for Plaintiff)

Dated: October 23, 2025                     Respectfully submitted,

                                            */s/ Frank S. Hedin*

                                            Frank S. Hedin
                                            **HEDIN LLP**
                                            1395 Brickell Ave., Suite 610
                                            Miami, Florida 33131-3302
                                            Telephone: (305) 357-2107
                                            Facsimile: (305) 200-8801
                                            E-Mail: fhedin@hedinllp.com

                                            **-and-**

                                            Adrian Gucovschi (State Bar No. 360988)
                                            **GUCOVSCHI LAW FIRM**
                                            140 Broadway, Fl. 46
                                            New York, NY 10005
                                            Telephone: (212) 884-4230
                                            Facsimile: (212) 884-4230
                                            E-Mail: adrian@gr-firm.com

                                            *Counsel for Plaintiff and Putative Class*

CERTIFICATE OF INTERESTED PARTIES