| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> **US Legal Support** <br> **16825 Northchase Drive Suite 800** <br> **Houston, TX 77060** <br>  TELEPHONE NO.:    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br>  ATTORNEY FOR *(Name)*:  **Allison Blank** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California** <br> STREET ADDRESS:  **3470 Twelfth St.** <br> MAILING ADDRESS:  **3470 Twelfth St.** <br> CITY AND ZIP CODE:  **Riverside 92501** <br> BRANCH NAME:  **George E. Brown, Jr. Federal Building** | |
| PLAINTIFF/PETITIONER: **Allison Blank** <br> DEFENDANT/RESPONDENT: **Primal Queen LLC** | CASE NUMBER: <br> **5:25-cv-02810-KK (JCx)** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **7021463** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Summons; CLASS ACTION COMPLAINT; Civil Cover Sheet; CERTIFICATE OF INTERESTED PARTIES; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL STANDING ORDER; Alternative Dispute Resolution (ADR) Packet**

3. a. Party served *(specify name of party as shown on documents served)*:
      **Primal Queen LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **Thomas Mariaen**

4. Address where the party was served:
   **FILEFORMS LLC, 608 SW 4th Ave, Fort Lauderdale, FL 33315**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/26/2025** at *(time)*: **11:01 AM**

   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:    from *(city)*:    **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10 <br> Tracking #: **0196917878**

REF: **7021463**



| PLAINTIFF/PETITIONER: Allison Blank | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Primal Queen LLC | 5:25-cv-02810-KK (JCx) |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*


   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify):*

   c. ☐ as occupant.

   d. ☒ On behalf of *(specify)* **Primal Queen LLC**

      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**

   a. Name:               **Anna Kayode**
   b. Address:            **609 S. W. 4th Avenue, Apartment 3, Fort Lauderdale, FL 33315**
   c. Telephone number:   **305-896-9471**
   d. The fee for service was:
   e. I am:

      (1) ☒ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☐ registered California process server:
         (i)   ☐ owner   ☐ employee   ☐ independent contractor.   For:

         (ii)  ☐ Registration No.:                              Registration #:

         (iii) ☐ County:                                        County:

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0196917878**


REF: **7021463**



8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 11/26/2025

**Anna Kayode**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

