**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Dillon Chen (SBN 311190)
750 B Street, Suite 2200
San Diego, CA 92101
Telephone:  619.489.6191
Facsimile:   619.821.2934
dillon.chen@nelsonmullins.com

Attorneys for Defendant
PRIMAL QUEEN LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRIMAL QUEEN LLC, <br><br> Defendant. | Case No.: 5:25-cv-02810-KK-JC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> ASSIGNED TO HON. KENLY KIYA KATO |

Pursuant to L.R. 8-3, Plaintiff Allison Blank ("Plaintiff") and Defendant Primal Queen LLC ("Primal Queen") hereby submit this Stipulation for Extension of Time to Respond to Plaintiff's Complaint in the above-captioned action in order to provide Primal Queen with an additional 30 days to respond to Plaintiff's Complaint. The Parties state as follows:

1. Plaintiff Allison Blank ("Plaintiff") filed her Complaint against Primal Queen LLC on October 23, 2025. *See* Dkt. No. 1.

2. Primal Queen waived service of the Summons and Complaint on October 31, 2025. *See* Dkt. 12.

3. Under Fed. R. Civ. P. 12(a)(1)(B), Primal Queen's answer to the Complaint is due by December 30, 2025. *See* Dkt. No. 12.

///

1

CASE NO.: 5:25-CV-02810-KK-JC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

4. Plaintiff and Primal Queen have been in discussions concerning the Complaint and allegations thereto.

5. As a result, Primal Queen is seeking an extension of time to file its response to the Complaint by 30 days, or by January 29, 2026.

6. This is the first stipulated extension in this matter.

7. Plaintiff has agreed to this extension and the filing of this Stipulation.

8. Neither Plaintiff nor Primal Queen will be prejudiced from this extension, nor does Primal Queen anticipate that this extension will cause any undue delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 23, 2025           Respectfully Submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:

*/s/ Dillon Chen*
Dillon Chen

Attorneys for Defendant,
PRIMAL QUEEN LLC

Dated: December 23, 2025           **GUCOVSCHI LAW FIRM PLLC**

By:

*/s/ Adrian Gucovschi*
Adrian Gucovschi

Attorneys for Plaintiff,
ALLISON BLANK

Nelson Mullins Riley & Scarborough LLP
Attorneys At Law
Los Angeles

2

CASE NO.: 5:25-CV-02810-KK-JC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

**FILER'S ATTESTATION**

I, Dillon Chen, am the ECF User whose identification and password are being used to file this Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint by Not More Than 30 Days (L.R. 8-3). I hereby attest that Adrian Gucovschi, Esq. concurs in this filing's content and have authorized its filing.

BY:  */s/ Dillon Chen*
Dillon Chen

3

CASE NO.: 5:25-CV-02810-KK-JC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

BY:   */s/* Dillon Chen
      Dillon Chen

3

CASE NO.: 5:25-CV-02810-KK-JC
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)