UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALLISON BLANK,
Individually and on behalf of all others similarly situated,
      Plaintiff,

v.

PRIMAL QUEEN, LLC,
      Defendant.

Case No.: 5:25-cv-02810-KK-JC

Class Action Complaint filed: October 23, 2025

### DECLARATION OF ABDURAHIMBEK SHODMONOV IN SUPPORT OF DEFENDANT PRIMAL QUEEN, LLC'S MOTION TO COMPEL ARBITRATION

I, Abdurahimbek Shodmonov, affirm:

1. I am over the age of eighteen (18) years. I submit this declaration in support of Defendant Primal Queen, LLC's ("Primal Queen") Motion to Compel Arbitration. The matters set forth below are based upon my personal knowledge and, if called to testify as a witness, I could and would competently testify thereto.

2. I am and was the Chief Executive Officer for Primal Queen.

3. Primal Queen is an online retailer of dietary supplements registered in Cape Coral, Florida.

4. Primal Queen maintains an online store (the "Online Store") which allows customers to view and/or purchase Primal Queen products.

5. One of Primal Queen's products is the Primal Queen Starter Kit (the "Starter Kit"). The Starter Kit includes a sixty-capsule supply of supplements, a storage jar, a capsule keychain, and a bracelet.

6. Users can elect to purchase the Starter Kit as a stand alone one-time purchase, or as a subscription service ("Primal Queen Subscription").

7. A Primal Queen Subscription is a monthly subscription service whereby a user signs up to have a one-month supply of Primal Queen supplements sent to them in exchange for a monthly subscription fee.

8. The Starter Kit is the only product offered by Primal Queen that has the option for users to sign up for the Primal Queen Subscription.

9. A user can access Primal Queen's Online Store through Primal Queen's website, https://primalqueen.com. A link to Primal Queen's website and Online Store can be found on Primal Queen's social media accounts, including Instagram.

10. As part of Primal Queen's record keeping maintained in in the ordinary course of business, Primal Queen retains a profile for each user that makes a purchase on Primal Queen's website.

11. Upon information and belief, on December 10, 2024, at 9:38 p.m. UTC, Plaintiff visited Primal Queen's Online Store via Instagram and purchased a Primal Queen Starter Kit for $44.00 (the "Purchase"). A screenshot of Plaintiff's customer data associated with the Purchase is attached hereto as Exhibit A.

12. Upon information and belief, after applicable taxes and fees Plaintiff paid a total of $47.41 for the Starter Kit.

13. Upon information and belief, Plaintiff received the Starter Kit and did not place a subsequent order for a Starter Kit or any other Primal Queen product.

14. Upon information and belief, $47.41 was the total amount paid by Plaintiff and collected by Primal Queen for any Primal Queen product.

15. Upon information and belief, a user that intends to purchase a Primal Queen product through the Online Store must first add the product to their cart, select "check out", and enter payment and contact information (i.e., name, address, phone number).

16. Upon information and belief, prior to making a purchase, a user must click the "Pay now" button. Above this button, the following text appears in black letter, set against a white background "By completing my purchase, I agree to the terms of service and privacy policy." A screenshot of Primal Queen's checkout screen is attached hereto as Exhibit B.

17. Upon information and belief, the disclaimer appeared in black lettering, against the checkout page's white background, and the words "terms of service" (appearing underlined)

hyperlinked to the Primal Queen Terms of Service ("Terms") which were effective as of August 26, 2024.

18. The Terms are hyperlinked and if clicked on by a user will bring a user to the respective policy on Primal Queen's website. A true and accurate copy of the Terms is attached hereto as Exhibit C.

19. The Terms include an Arbitration & Class Action Waiver section which contains a binding, mandatory arbitration clause ("Arbitration Clause") requiring disputes against Primal Queen to be submitted to binding, individual arbitration. The Arbitration Clause itself (and class action waiver) are presented under the Arbitration & Class Action Waiver section heading in all-capitalized, bolded text.

20. The Arbitration Clause require binding, individual arbitration for any claim against Primal Queen.

21. The Terms and Conditions also contain an express class action and jury trial waiver, explicitly stating that agreeing to the Terms precludes users from participating in any class action against Primal Queen, or bringing any claims brought as a plaintiff or class member in any class or representative arbitration proceeding.

22. Additionally, the Terms sets forth procedures for a mandatory informal dispute resolution process (the "Mandatory Informal Dispute Resolution Process"). This provision explicitly states that "[i]n the event you elect to proceed with binding arbitration, you shall provide written notice to Primal Queen by registered or certified mail and shall describe in such notice, with reasonable particularity, the nature and basis of such claim and the total amount of the claim."

23. Prior to bringing this action, Plaintiff has not complied with the terms of the Mandatory Informal Dispute Resolution process as set forth in the Terms.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing it true and correct.

_____

Executed on Jan 27, 2026 at 9:30 [a.m./p.m.]

2