# EXHIBIT B



