# EXHIBIT B

## Payment

All transactions are secure and encrypted.







By completing my purchase, I agree to the terms of service and privacy policy.

**Pay now**

One or more items in your cart is a deferred or recurring purchase. By continuing with your payment, you agree that your payment method will automatically be charged at the price and frequency listed on this page until it ends or you cancel. All cancellations are subject to the cancellation policy.

Refund policy   Privacy policy   Terms of service   Cancellations