# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALLISON BLANK, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

PRIMAL QUEEN LLC,

Defendant.

Case No.:  5:25-cv-02810-KK-JC

[PROPOSED] ORDER GRANTING FIRST JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE AND DEADLINE TO FILE RULE 26(F) REPORT

Class Action Complaint filed: October 23, 2025

[NOTE CHANGES BY COURT]

On March 4, 2026, Plaintiff Allison Blank ("Plaintiff") and Defendant Primal Queen LLC ("Defendant") (collectively, the "parties") filed a First Joint Stipulation and Request to Continue Status Conference and Deadline to File Rule 26(F) Report ("Stipulation"). Having read and considered the Stipulation, the Court GRANTS the Stipulation as follows:

1.  The Status Conference currently set for March 19, 2026, be continued to April 30, 2026.

2.  The deadline for filing the Joint Rule 26(f) Report be continued to a date consistent with the new Status Conference date, or as otherwise ordered by the Court.

DATE: March 5, 2026

_____

Hon. Kenly Kiya Kato