Docusign Envelope ID: D5C02E7B-50D2-499C-BE07-434FA300524E

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff and Putative Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL QUEEN LLC,<br><br>Defendant. | Case No. 5:25-cv-02810-KK-JC<br><br><br>**DECLARATION OF ALLISON BLANK IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION** |

DECLARATION OF ALLISON BLANK

Docusign Envelope ID: D5C02E7B-50D2-499C-BE07-434FA300524E

## DECLARATION OF ALLISON BLANK

1.     I am a named Plaintiff in the above-captioned action against Defendant Primal Queen, LLC ("Defendant").

2.     I am over 18 years of age, and if called as a witness, I would competently testify to the matters herein from personal knowledge.

3.     I am writing this declaration in support of Plaintiffs' Opposition to Defendant's Renewed Motion to Compel Arbitration.

4.     On December 10, 2024, I purchased Defendant's Primal Queen Starter Kit via Defendant's Website - www.primalqueen.com - using my personal mobile device.

5.     In making my purchase, I clicked on the Shop Express checkout button.

6.     At no point before or after my purchase did I see or click on Defendant's terms of service.

7.     At no point before or after my purchase have I seen or agreed to any purported arbitration agreement.

8.     Finally, I am unaware whether an arbitration agreement has ever existed during my course of dealing with Defendant.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on 3/16/2026 _____ in Hesperia CA _____.

Allison Blank