Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM, PLLC**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-02810-KK-AYP |
| Plaintiff, | **DECLARATION OF ADRIAN GUCOVSCHI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION** |
| v. | |
| PRIMAL QUEEN LLC, | |
| Defendant. | |

GUCOVSCHI DECLARATION
CASE NO. 5:25-CV-02810-KK-JC

I, Adrian Gucovschi, declare as follows:

1.      I am an attorney duly licensed to practice in the State of California and am a partner at Gucovschi Law Firm, PLLC.  I represent Plaintiff in this matter.  I make this declaration in support of Plaintiff's Opposition to Defendant's Renewed Motion to Compel Arbitration.  I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently thereto.

2.      On March 16, 2026, I visited Defendant's website, https://www.primalqueen.com/, using the Safari browser on my iPhone.

3.      After arriving on the home page, I clicked on an "Add To Cart" button for the product named "1 Month AutoShip & Save," which then took me to the checkout page.

4.      When you arrive on the checkout page, there are three "Express checkout" payment buttons – a purple "Shop" button, a yellow "PayPal" button, and a black Apple Pay button. Beneath those boxes were Contact, Delivery, Shipping method, and Payment boxes. At the very bottom of the page, there was a Total payment amount, which I clicked to show the "Order summary." Right on top of the Order Summary, there're was an advisal statement with the hyperlinked terms of service. Finally, the bottom of the page contained a green "Pay now" button.

5.      A true and correct copy of the full webpage that appeared on my browser is attached hereto as Exhibit A.

6.      A true and correct copy of the bottom section of the webpage exactly as it appeared on my iPhone 6 Pro Max (3.06" wide × 6.42" tall) on my Safari browser is attached hereto as Exhibit B.

7.      On March 17, 2026, I went to Defendant's Instagram account ("primalqueenera") and clicked on the hyperlink at the top of the account "primalqueen.com/pages/go. After a browser opened, I took the exact same steps as I did in my Safari browser, and the checkout process and display were identical in every regard to the attached Exhibits A and B.

GUCOVSCHI DECLARATION
CASE NO. 5:25-CV-02810-KK-JC

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of March, 2026 in Miami, Florida.


           */s/ Adrian Gucovschi*
           Adrian Gucovschi