# EXHIBIT B

GUCOVSCHI DECLARATION
CASE NO. 5:25-cv-02810-KK-AYP

