# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALLISON BLANK, individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

PRIMAL QUEEN, LLC,

          Defendant.

Case No. 5:25-cv-02810-KK-AYP

**ORDER GRANTING JOINT STIPULATION TO SET A SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## ORDER

Based on the Parties' Joint Stipulation to Set a Schedule for Plaintiff's Motion for Class Certification, and good cause shown therein, the Court finds and orders as follows:

1.    The following schedule shall govern the briefing and hearing of Plaintiff's motion for class certification:

| Event | Date |
|---|---|
| Plaintiff's Motion for Class Certification and Expert Disclosure and Report Deadline | December 14, 2026 |
| Defendant's Opposition and Rebuttal Expert Disclosure and Report Deadline | January 21, 2027 |
| Plaintiff's Reply Deadline | February 11, 2027 |
| Hearing | March 25, 2027, at 9:30 a.m. |

2.    All other dates set forth in the Court's Civil Trial Scheduling Order (ECF No. 40) remain unchanged.

**SO ORDERED.**

Dated: August 5, 2026

HONORABLE KENLY KIYA KATO
United States District Judge