Adrian Gucovschi (SBN 360988)
**GUCOVSCHI LAW FIRM, PLLC**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL QUEEN LLC,<br><br>Defendant. | Case No. 5:25-cv-02810-KK-AYP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Kenly Kiya Kato |

Plaintiff Allison Blank ("Plaintiff") and Defendant Primal Queen LLC (individually, "Defendant," and collectively with Plaintiff, the "Parties"), hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the interim, so the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Respectfully submitted,

Dated: November 17, 2026

**GUCOVSCHI LAW FIRM, PLLC**
By: /s/ Adrian Gucovschi
Adrian Gucovschi
*Attorneys for Plaintiff*
ALLISON BLANK

Dated: November 17, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
By: /s/ Dillon D. Chen
Kevin P. Polansky
Dillon D. Chen
*Attorneys for Defendant*
PRIMAL QUEEN LLC

## SIGNATURE ATTESTATION

I, Adrian Gucovschi, am the CM/ECF user whose credentials are being used to file this document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Adrian Gucovschi
Adrian Gucovschi